

# COURT OF APPEALS
## SEVENTH DISTRICT OF TEXAS
## AMARILLO

## MANDATE

THE STATE OF TEXAS

To the 181st District Court of Randall County, Greeting:

BEFORE our Court of Appeals for the Seventh District of Texas, on March 16, 2015, the cause upon appeal to revise or reverse your judgment between

**Sreedharan Pillai and Anitha Pillai v. Narayana G. Pillai and Priya Pillai**

**Case Number: 07-14-00379-CV Trial Court Number: 66,872-B**

was determined and therein our said Court made its order in these words:

Pursuant to the opinion of the Court dated March 16, 2015, it is hereby ordered, adjudged and decreed that the order entered below is reversed and that a judgment is hereby rendered dismissing the suit against Sreedharan and Anitha Pillai due to the want of personal jurisdiction.

It is further ordered that Narayana G. and Priya Pillai pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o

WHEREFORE, WE COMMAND YOU to observe the order of said Court of Appeals for the Seventh District of Texas, in this behalf, and in all things to have it duly recognized, obeyed and executed.

WITNESS, the Honorable Justices of our said Court, with the seal thereof annexed, at the City of Amarillo on June 2, 2015.

*Vivian Long*
VIVIAN LONG, CLERK